UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON PAUL WALTERS,

    Plaintiff,

v.

MRC, d/b/a PT's Sports Cabaret,

    Defendant.

Case No. 15-cv-1424-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the plaintiff having failed to timely effect service, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** December 27, 2017    JUSTINE FLANAGAN, Acting Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**